UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Terry Lamont Williams**  Docket No. 5:20-CR-280-1M

**Petition for Action on Supervised Release**

COMES NOW Erin E. Cunningham, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terry Lamont Williams, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on April 9, 2021, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Terry Lamont Williams was released from custody on January 12, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has requested the opportunity to complete Moral Reconation Therapy (MRT), a cognitive-behavioral treatment program that leads to improving moral reasoning, better decision-making, more appropriate behavior, and reduces the likelihood of recidivism. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Erin E. Cunningham
Erin E. Cunningham
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2050
Executed On: February 3, 2025

**ORDER OF THE COURT**

Considered and ordered this 4th day of February, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge